IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 11-26307 |
| | ) | |
| ADRIANA SCHULZ | ) | HON. DONALD R. CASSSLING |
| | ) | BANKRUPTCY JUDGE |

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the Notice OF Final Report to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 29th day of July, 2016 at 3400 W. Lawrence Ave., Chicago, Illinois.

/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

SERVICE LIST

Adriana Schulz
103 Jason Court
Aurora IL 60502

Discover Bank
Discover Products Inc.
P. O. Box 3025
New Albany OH 43054

RCS Recovery Services LLC
600 Fairway Dr #108
Deerfield Beach FL 33441

Capital One Bank
P.O. Box 71083
Charlotte NC 28272