# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADRIANA SCHULZ | § | Case No. 11-26307 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                  Assets Exempt: 27,969.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  19,716.05            Claims Discharged
                                                        Without Payment:  21,417.34

Total Expenses of Administration:  3,173.67

---

3) Total gross receipts of $ 22,889.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 22,889.72 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,173.67 | 3,173.67 | 3,173.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,458.00 | 38,185.39 | 38,185.39 | 19,716.05 |
| **TOTAL DISBURSEMENTS** | $ 54,458.00 | $ 41,359.06 | $ 41,359.06 | $ 22,889.72 |

4) This case was originally filed under chapter 7 on 06/24/2011 . The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/10/2016            By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent transfer of house to relatives | 1241-000 | 22,889.72 |
| **TOTAL GROSS RECEIPTS** | | **$22,889.72** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS | 2100-000 | NA | 3,038.97 | 3,038.97 | 3,038.97 |
| BRENDA PORTER HELMS | 2200-000 | NA | 3.00 | 3.00 | 3.00 |
| Associated Bank | 2600-000 | NA | 131.70 | 131.70 | 131.70 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,173.67 | $ 3,173.67 | $ 3,173.67 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15153 Wilmington, DE 19886-5153 | | 312.00 | NA | NA | 0.00 |
| | Citi Cards POB 688901 Des Moines, IA 50368-8901 | | 1,997.00 | NA | NA | 0.00 |
| | Comcast PO Box 3002 Southeastern, PA 19398-3002 | | 142.00 | NA | NA | 0.00 |
| | Commonwealth Edison PO Box 6111 Carol Stream, IL 60197-6111 | | 412.00 | NA | NA | 0.00 |
| | Macy's P.O. Box 689195 Des Moines, IA 50368-9195 | | 85.00 | NA | NA | 0.00 |
| | Wells Fargo C/O Pierce & Associates 1 North Dearborn Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,339.00 | 601.87 | 601.87 | 310.76 |
| | Discover Bank | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | 2,171.00 | 1,820.59 | 1,820.59 | 940.02 |
| 2 | RCS RECOVERY SERVICES, LLC | 7100-000 | 48,000.00 | 35,762.93 | 35,762.93 | 18,465.27 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 54,458.00 | $ 38,185.39 | $ 38,185.39 | $ 19,716.05 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-26307 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ADRIANA SCHULZ | | | | Date Filed (f) or Converted (c): | 06/24/2011 (f) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 10/10/2016 | | | | Claims Bar Date: | 10/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash | 100.00 | 100.00 | | 0.00 | FA |
| 2. Checking account w/TCF Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings | 300.00 | 0.00 | | 0.00 | FA |
| 4. Wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 5. jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 6. 401(k) | 26,569.00 | 0.00 | | 0.00 | FA |
| 7. Fraudulent transfer of house to relatives (u) Case was reopened per order dated May 29, 2015, upon a motion of UST to administer Debtor's interest in 345 Country Ln., Algonquin ("Real Property") which allegedly was fraudulently transferred to the Debtor's relatives. Debtor did not list the Real Property on her schedules or otherwise disclose the Debtor's interest in the Real Property to the Trustee. Debtor agreed to turnover the full value of the alleged transfer to the Trustee. | Unknown | 0.00 | | 22,889.72 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $27,969.00 | $100.00 | | $22,889.72 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/16: Distribution checks issued: Waiting for 9/30/16 -0- balance bank statement

9/30/15: Case reopened; debtor has agreed to pay funds to the estate on or before 12/31/15

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Initial Projected Date of Final Report (TFR): 07/01/2016     Current Projected Date of Final Report (TFR): 07/01/2016

Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 11-26307 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: ADRIANA SCHULZ | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3771 |
| | Checking |
| Taxpayer ID No: XX-XXX3361 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/10/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/16 | 7 | Adriana Schulz | partial payment of transferred property | 1241-000 | $20,000.00 | | $20,000.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $19,990.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.80 | $19,962.20 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.68 | $19,932.52 |
| 04/19/16 | 7 | Adriana Rogalin | Repayment of tranferred property | 1241-000 | $2,889.72 | | $22,822.24 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.34 | $22,791.90 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.88 | $22,758.02 |
| 08/19/16 | 101 | The Helms Law Firm, P.C. | trustee compensation | | | $3,041.97 | $19,716.05 |
| | | HELMS, BRENDA PORTER | ($3,038.97) | 2100-000 | | | |
| | | HELMS, BRENDA PORTER | ($3.00) | 2200-000 | | | |
| 08/19/16 | 102 | Discover Bank | Final distibution to creditors | 7100-000 | | $940.02 | $18,776.03 |
| 08/19/16 | 103 | RCS Recovery Services LLC | Final distibution to creditors | 7100-000 | | $18,465.27 | $310.76 |
| 08/19/16 | 104 | Capital One Bank | Final distibution to creditors | 7100-000 | | $310.76 | $0.00 |
| 10/03/16 | 105 | Discover Bank | Final distibution to creditors | 7100-000 | | $940.02 | ($940.02) |
| 10/05/16 | 105 | Discover Bank | Final distibution to creditors Reversal | 7100-000 | | ($940.02) | $0.00 |

| | | | | Page Subtotals: | $22,889.72 | $22,889.72 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

| | | |
|---|---:|---:|
| COLUMN TOTALS | $22,889.72 | $22,889.72 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $22,889.72 | $22,889.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $22,889.72 | $22,889.72 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3771 - Checking | $22,889.72 | $22,889.72 | $0.00 |
|  | $22,889.72 | $22,889.72 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $22,889.72 |
| Total Gross Receipts: | $22,889.72 |

Page Subtotals:    $0.00    $0.00